UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL AARON JAMES, JR.                                CIVIL ACTION

VERSUS                                               NO. 07-1046

SHERIFF JACK STRAIN                                  SECTION "A"(5)

**ORDER**

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITHOUT PREJUDICE**.

June 1, 2007

_____
UNITED STATES DISTRICT JUDGE